# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Searobin Limited, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 23-cv-312-MN ) ) In Admiralty |
| Allianz Bulk CFR8 Pte Ltd., | ) ) |
|    Defendant, | ) ) |
| and | ) ) |
| GoDaddy.com LLC, | ) ) |
|    Garnishee. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on July 12, 2023, I caused [SEALED] Searobin's Response Opposing Allianz Motion to Dismiss/Vacate with supporting exhibits to be filed on this Court's CM/ECF system and served via e-mail the counsel of record listed below:

        Michael B. McCauley, Esquire
        Rahul Wanchoo, Esquire
        Palmer, Biezup & Henderson
        1223 Foulk Road
        Wilmington, DE 19803

        */s/ Timothy Jay Houseal*
        Timothy Jay Houseal (2880)

30536021.1